IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO 22-5038-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATIONS:<br>E1102651 |
| vs. | E1102652<br>E1102653 |
| JOEL W. VESSIE, | E1102655<br>E1102656 |
| Defendant. | E1102657<br>Location Code: M13<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the defendant shall pay a total fine amount of $540 ($510 fine and $30 processing fee for violation E1102651).  The total fine amount will be paid in full on or before August 31, 2023.  Payments should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The checks or money orders should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

**IT IS ALSO ORDERED** that violations E1102652, E1102653, E1102655, E1102656 and E1102657 are **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about June 9, 2022 is **QUASHED**.

DATED this  22nd  day of August, 2022.

John Johnston
United States Magistrate Judge