IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO 22-5038-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1102654 |
| vs. | Location Code: M13 |
| JOEL W. VESSIE, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that violation E1102654 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about June 9, 2022 is **QUASHED.**

DATED this 25th day of August, 2022.

_____
John Johnston
United States Magistrate Judge